# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **NINA M. HARBAUGH**, *Administrator of the Estate of Brittany Ann Harbaugh, deceased*<br><br>v.<br><br>**BUCKS COUNTY, PRIMECARE MEDICAL, INC., MEDICAL JOHN DOES 1-10, and CORRECTIONAL OFFICERS JOHN DOES 1-10** | **CIVIL ACTION**<br><br>**NO. 20-1685** |

## ORDER RE: MOTION TO DISMISS

**AND NOW**, this 19th day of August, 2020, the Court has reviewed the Partial Motion to Dismiss filed by PrimeCare Medical, Inc. (ECF 8), and Plaintiff's Response (ECF 12). As Plaintiff "does not oppose PrimeCare's Motion for partial dismissal of Count III as to PrimeCare **only**," and responded only "to clarify the allegations in the Complaint with respect to [PrimeCare] under state law medical negligence," it is hereby ORDERED that the Motion is GRANTED, and Count III of the Complaint is dismissed as to Primecare Medical only.

                                          **BY THE COURT:**

                                          s/ Michael M. Baylson

                                          _____
                                          **MICHAEL M. BAYLSON, U.S.D.J.**

O:\CIVIL 20\20-1685 Harbaugh v Bucks Co\20cv1685 MtD order.doc