IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **NINA M. HARBAUGH,** *AS ADMINISTRATOR OF THE ESTATE OF BRITTANY ANN HARBAUGH, DECEASED*<br>**v.**<br>**BUCKS COUNTY et al** | **CIVIL ACTIO1N**<br><br>**NO. 20-1685** |

## REPORT OF FINAL PRETRIAL CONFERENCE

**AND NOW**, this 19th day October, 2022, the Court held a final pretrial conference by telephone on this date.   As a result of the conference, it is hereby **ORDERED** that final pretrial procedures are as follows:

1.	Jury selection & trial shall take place on **Tuesday, January 10, 2023** at **9:30 a.m.** in **Courtroom 3A**.   Counsel shall exchange voir dire questions at least 48 hours prior thereof.

2.	Trial counsel are attached from **January 10, 2023** to **January 20, 2023**.

3.	Parties shall exchange trial exhibits no later than **November 4, 2022**.

4.	The parties shall also prepare, as appropriate, accurate summaries and/or charts of evidence pursuant to Federal Rule of Evidence 1006.

5.	Any objections to exhibits shall be served within seven (7) days of receipt, and the parties shall have discussions to resolve objections.   Any unresolved objections shall be submitted to the Court prior to the start of trial.

6.	The parties shall serve any deposition designations by **November 11, 2022** followed by objections and/or counter-designations within fourteen (14) days.

7.	Motions in limine are due **November 18, 2022**.   Responses are due within fourteen (14) days.

8.	Points for charge, voir dire questions, and proposed jury verdict forms shall be filed by **December 8, 2022**.

BY THE COURT:

/s/ MICHAEL M. BAYLSON

_____
**MICHAEL M. BAYLSON, U.S.D.J.**

O:\CIVIL 20\20-1685 Harbaugh v Bucks Co\20cv1685 Final Pretrial Order.docx