IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **NINA M. HARBAUGH,** *Administrator of the Estate of Brittany Ann Harbaugh, deceased,* *Plaintiff,* <br><br> v. <br><br> **BUCKS COUNTY, PRIMECARE MEDICAL, INC., MEDICAL JOHN DOES 1-10, and CORRECTIONAL OFFICERS JOHN DOES 1-10,** *Defendants.* | **CIVIL ACTION** <br><br> **NO. 20-1685** |

## ORDER

**AND NOW,** this 4th day of November 2022, upon consideration of Defendant Bucks County's Motion for Summary Judgment (ECF 51), and Plaintiff's Response (ECF 55), as well as all submissions related thereto, and for the reasons stated in the accompanying memorandum, it is hereby **ORDERED** that Defendant Bucks County's Motion for Summary Judgment is **DENIED**.

BY THIS COURT:

/s/ MICHAEL M. BAYLSON
_____
**MICHAEL M. BAYLSON**
**United States District Court Judge**

O:\CIVIL 20\20-1685 Harbaugh v Bucks Co\20cv1685 Order re SJ.docx