IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| **NINA M. HARBAUGH,** *Administrator of the Estate of Brittany Ann Harbaugh, deceased,* *Plaintiff,* <br><br> v. <br><br> **BUCKS COUNTY, PRIMECARE MEDICAL, INC., MEDICAL JOHN DOES 1-10, and CORRECTIONAL OFFICERS JOHN DOES 1-10,** *Defendants.* | **CIVIL ACTION** <br><br> **NO. 20-1685** |
|---|---|

## ORDER

**AND NOW,** this 9th day of November 2022, having been reported by the parties that they are in the process of a settlement agreement, it is hereby **ORDERED** that this case is **STAYED**, including all proceedings and deadlines in the Court's Final Pretrial Order (Doc. No. 67).

The parties shall file a status report with this Court by **December 19, 2022,** regarding the status of this case and if a 41.1(b) Order shall be issued.

BY THIS COURT:

/s/ MICHAEL M. BAYLSON

**MICHAEL M. BAYLSON, U.S.D.J.**