**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **NINA M. HARBAUGH, as Administrator of the ESTATE OF BRITTANY ANN HARBAUGH**<br>    *Plaintiff*<br><br>        **v.**<br><br>**BUCKS COUNTY, et al.,**<br>    *Defendants* | **CIVIL ACTION**<br>**NO. 20-1685** |

## ORDER TO UNSEAL SETTLEMENT RECORDS

AND NOW, this 29th day of November, 2023, upon consideration of the *Bucks Country Courier Times'* Motion to Intervene and Unseal, and without any filed opposition from any party, the Motion is **GRANTED** and it is **ORDERED**:

1. The Bucks Country Courier Times is permitted to intervene.

2. The Court hereby **ORDERS** that access shall be granted and the following docket entries unsealed:

    a. Motion Filed Under Seal to Approve Settlement and Distribution of Records, filed January 09, 2023 (see ECF 78);

    b. Order Re: 78 Motion for Settlement Filed Under Seal, filed January 20, 2023 (see ECF 79); and

    c. Order that 77 Motion to Seal is Granted, filed January 20, 2023 (see ECF. 80).

3. The Clerk is directed to redact the names of any minors referenced in ECF 78, 79 and 80.

**BY THE COURT:**

/s/ Michael M. Baylson
**MICHAEL M. BAYLSON**
**United States District Court Judge**